No. 93–6408. GOSCH *v.* TEXAS. Ct. Crim. App. Tex.;
No. 93–6937. CUMMINGS *v.* CALIFORNIA. Sup. Ct. Cal.;
No. 93–7441. JEFFERSON *v.* ZANT, WARDEN. Sup. Ct. Ga.;
No. 93–7620. JOHNSON *v.* TEXAS. Ct. Crim. App. Tex.;
No. 93–7635. VAN TRAN *v.* TENNESSEE. Sup. Ct. Tenn.;
No. 93–7681. MCHONE *v.* NORTH CAROLINA. Sup. Ct. N. C.;
No. 93–7759. SCHACKART *v.* ARIZONA. Sup. Ct. Ariz.;
No. 93–7958. BIBLE *v.* ARIZONA. Sup. Ct. Ariz.;
No. 93–7983. VILLEGAS LOPEZ *v.* ARIZONA. Sup. Ct. Ariz.;
No. 93–7986. ATWATER *v.* FLORIDA. Sup. Ct. Fla.;
No. 93–8009. CADE *v.* ALABAMA. Ct. Crim. App. Ala.; and
No. 93–8231. JOHNSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

Justice Blackmun, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.